CHRISTINE KOPSACHILIS, Respondent, v 130 EAST 18 OWNERS CORP. et al., Appellants.

Submitted February 25, 2008; decided March 13, 2008

Motion by Riverbay Corporation for leave to file a letter brief amicus curiae on the appeal herein granted and the letter brief is accepted as filed.

JOSEPH MONTESANO, Individually and as President of Rochester Firefighters, Inc., Local 1071, IAFF, AFL-CIO, as Trustee of Rochester Firefighters Association Mutual Aid Fund and on Behalf of All Other Individuals Providing Fire Protection to City of Rochester Similarly Situated, et al., Appellants, v FLOYD A. MADISON, as Chief of Fire Department of City of Rochester and as Administrator of Firefighters Insurance Fund of City of Rochester, et al., Defendants, and CITY OF ROCHESTER, Respondent.

Submitted January 7, 2008; decided March 13, 2008

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GENARO CAMPOS, Appellant.

Submitted March 3, 2008; decided March 13, 2008

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.